# KESTENBAUM & MARK
### ATTORNEYS AT LAW

RICHARD S. KESTENBAUM*
BERNARD S. MARK†

*MEMBER NEW YORK AND FLORIDA BARS
†MEMBER NEW YORK AND NEW JERSEY BARS
°MEMBER NEW YORK AND DISTRICT OF COLUMBIA BARS

40 CUTTER MILL ROAD, GREAT NECK, N.Y. 11021

(516) 466-0410
(516) 487-0810
TELEFAX (516) 829-3729
URL kmtaxlaw.com

COUNSEL
JILL S. MONOSON°
PAULA SCHWARTZ FROME

December 9, 2013

*Filed Electronically*

The Honorable Joanna Seybert
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

## LETTER MOTION TO ADJOURN SENTENCING
## UNITED STATES V. FAHMY 13-CR-00209-JS

Dear Judge Seybert:

    The undersigned party submits this letter motion to respectfully request that Your Honor adjourn the Sentencing presently set for December 11, 2013, at 2:00 P.M. to February 6, 2014, in order to provide time for the defendant to complete his tax filings and the Probation Department to complete their Presentence Investigation Report. This motion is being made with the permission of the plaintiff's attorney, Assistant United States Attorney, Charles Kelly.

    Thank you for Your Honor's consideration in this matter.

Sincerely yours,

Richard S. Kestenbaum
Kestenbaum & Mark
Attorney for Defendant
Ahmed Fahmy

LSS\00020580.000\Docx